| | |
|---|---|
| 1 | MELINDA S. RIECHERT, SBN 65504 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| 3 | Palo Alto, CA  94306-2122 |
| | Tel: 650.843.4000 |
| 4 | Fax: 650.843.4001 |
| | E-mail: mriechert@morganlewis.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | BEST BUY STORES, L.P. |
| 7 | ROY R. LEVIN, SBN 33890 |
| | LAW OFFICE OF ROY R. LEVIN |
| 8 | 901 H Street, Suite 100 |
| | Sacramento, CA 95814 |
| 9 | Tel: 916.441.2400 |
| | Fax: 916.444.8283 |
| 10 | E-mail: rrlevin@cwo.com |
| 11 | Attorney for Plaintiff |
| | SHANAISHA HAYES |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANAISHA HAYES, | Case No. 2:08-CV-01592-JAM-JFM |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER OF DISMISSAL** |
| vs. | |
| BEST BUY, business entity unknown, | |
| Defendant(s). | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20938512.1

CASE NO. 2:08-CV-01592-JAM-JFM
STIPULATION FOR DISMISSAL AND
PROPOSED ORDER OF DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff Shanaisha Hayes ("Plaintiff") and Defendant Best Buy Stores, L.P. ("Defendant"), by and through their respective counsel of record, hereby stipulate that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side bearing its or her own costs.

Dated: December 16, 2008    MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Melinda S. Riechert
Melinda S. Riechert
Attorneys for Defendant
BEST BUY STORES, L.P.

Dated: December 16, 2008    LAW OFFICE OF ROY R. LEVIN

By  /s/ Roy R. Levin
Roy R. Levin
Attorney for Plaintiff
SHANAISHA HAYES

**ORDER**

IT IS SO ORDERED.

DATED:  1/20/2009

/s/ John A. Mendez
Honorable John A. Mendez

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/20938512.1                    1                    CASE NO. 2:08-CV-01592-JAM-JFM
STIPULATION FOR DISMISSAL AND
PROPOSED ORDER OF DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com